IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BERTHA MITCHELL, )
)
        Plaintiff, )
)
     v. ) 1:04CV01103
)
HOUSING AUTHORITY OF THE )
CITY OF WINSTON-SALEM, )
)
        Defendant. )

## **J U D G M E N T**

**Eliason, Magistrate Judge**

For the reasons set out in a Memorandum Opinion and Order entered contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b) for plaintiff's failure to prosecute and failure to obey orders of the Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that defendant's Motion for Contempt and Further Sanctions (docket no. 35) is granted to the extent that this action is dismissed with prejudice. Plaintiff shall pay all costs.

**IT IS FURTHER ORDERED AND ADJUDGED** that defendant's Motion for Summary Judgment (docket no. 29) is granted for being unopposed.

                                    /s/ Russell A. Eliason
                                **United States Magistrate Judge**

March 29, 2006